*LAW OFFICES OF*

# MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@msn.com

February 19, 2020

*I am having the Marshals look into why Mr. DiNapoli has not been designated yet, but in the meantime, yes, he may surrender to the Marshals at 500 Pearl Street.*

**Via ECF**

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

RE:  **US v. Joseph DiNapoli**
7:17-cr-89-5

2/20/20

Dear Judge Seibel:

To date, we have not received a designation for Joseph DiNapoli.  Mr. DiNapoli is scheduled to surrender Friday, February 21, 2020.  Can he surrender to MCC in Manhattan or the US Marshals in Manhattan at 500 Pearl Street, as opposed to the Courthouse up in White Plains?

I have attempted to call AUSA Hagan Scotten, and have not been able to get a response.

Respectfully submitted,

MURRAY RICHMAN

MR/cs

cc:  AUSA Hagan Scotten via ECF

1